# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
AL-JUTHOOR CONTRACTING             *
COMPANY,                           *
                                   *
              Plaintiff,           *   No. 14-5C
                                   *   Filed: June 9, 2017
v.                                 *
                                   *
UNITED STATES,                     *
                                   *
              Defendant.           *
* * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of the parties' June 8, 2017 joint stipulation for entry of judgment in the above-captioned case. In accordance with the parties' joint stipulation, this court **ORDERS** that this case be **DISMISSED**, with prejudice, with each party to bear its own costs, fees, and expenses. As stipulated to by the parties, the Clerk of the Court shall enter **JUDGMENT** for plaintiff in the amount of $50,000.00, inclusive of interest.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**